USDC SCAN INDEX SHEET

















LMH    7/13/00    15:27

3:00-CV-00337   CROSS V. HANDLERY HOTEL

*9*

*STIPO.*

ORIGINAL

1  **PINNOCK & KELSO**, A Law Firm
   Theodore A. Pinnock, Esq.         Bar #:  153434
2  David C. Wakefield, Esq.          Bar #:  185736  AM 9:59
   Michelle L. Martin-Wakefield, Esq. Bar #: 200424
3  7966 Arjons Drive, Suite 119
   San Diego, CA  92126
4  Phone: (858) 689-1750
   Fax:   (858) 689-1950
5
   Attorneys for Plaintiffs
6

7                UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10 DIANE CROSS; LINDA HANKS,          Case No.:  00cv0337 W (RBB)

11             Plaintiffs,            **STIPULATED DISMISSAL AND
                                      DISMISSAL WITH PREJUDICE OF**
12     v.                            **ALL DEFENDANTS FROM
                                      PLAINTIFFS' COMPLAINT AND**
13 THE HANDLERY HOTEL AND RESORT      **PLAINTIFFS' COMPLAINT IN ITS
   a.k.a. THE HANDLERY HOTEL a.k.a.   ENTIRETY AND ORDER THEREON.**
14 HANDLERY HOTEL AND COUNTRY CLUB;
15 HANDLERY HOTELS, INCORPORATED;
   HANDLERY HOTEL HOLDING COMPANY,
16 INCORPORATED, a.k.a. HANDLERY
   HOLDING COMPANY, INCORPORATED;     [Fed.R.Civ.P. Rule 41(a)(2)]
17
18     And
19 DOES 1 THROUGH 10, Inclusive
20 Defendants
21
22
23

24

25     **IT IS HEREBY STIPULATED** by and between **DIANE CROSS and LINDA
26 HANKS,** Plaintiffs, on the one hand, and Defendant **HANDLERY HOTEL,
27 INC., also sued in Plaintiffs' Complaint as THE HANDLERY HOTEL
   AND RESORT a.k.a. THE HANDLERY HOTEL a.k.a. HANDLERY HOTEL AND**
28



1

1  COUNTRY CLUB; **HANDLERY HOTELS, INCORPORATED; HANDLERY HOTEL**

2  **HOLDING COMPANY, INCORPORATED, and HANDLERY HOLDING COMPANY,**

3  **INCORPORATED,** on the other hand, through their respective

4  attorneys of record that, pursuant to Federal Rules of Civil

5  Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal

6  with prejudice of Defendant **HANDLERY HOTEL, INC., also sued in**

7  **Plaintiffs' Complaint as THE HANDLERY HOTEL AND RESORT a.k.a. THE**

8  **HANDLERY HOTEL a.k.a. HANDLERY HOTEL AND COUNTRY CLUB; HANDLERY**

9  **HOTELS, INCORPORATED; HANDLERY HOTEL HOLDING COMPANY,**

10  **INCORPORATED, and HANDLERY HOLDING COMPANY, INCORPORATED,** from

11  Plaintiffs' Complaint, Case Number 00cv0337 W (RBB).

12  Additionally, Plaintiffs request that Plaintiffs' Complaint be

13  dismissed with prejudice in its entirety.

14      The Magistrate Judge shall retain jurisdiction over all

15  disputes between the parties arising out of the settlement

16  agreement, including but not limited to interpretation and

17  enforcement of the terms of the settlement agreement.

18

19      **IT IS SO STIPULATED.**

20

21

Dated: 6-21-00                    **PINNOCK & KELSO**

22

23

24                          By: _____

25                              THEODORE A. PINNOCK, ESQ.
                                DAVID C. WAKEFIELD, ESQ.
                                MICHELLE L. MARTIN-WAKEFIELD,
26                              ESQ.
                                Attorneys for Plaintiffs

27  ///

28  ///

2

Dated: 6-21-00

DIANE CROSS

By: _____
    DIANE CROSS

Dated: 6-21-00

LINDA HANKS

By: _____
    LINDA HANKS

Dated: 6/28/00

SULLIVAN, HILL, LEWIN, REZ &
ENGEL

By: _____
    MICHAEL J. BAREY, ESQ.
    Attorney for DEFENDANT

Dated: 6/28/00

HANDLERY HOTEL, INC.

By: _____

///
///
///
///
///
///
///
///

3

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.

IT IS HEREBY ORDERED that Defendant **HANDLERY HOTEL, INC., also sued in Plaintiffs' Complaint as THE HANDLERY HOTEL AND RESORT a.k.a. THE HANDLERY HOTEL a.k.a. HANDLERY HOTEL AND COUNTRY CLUB; HANDLERY HOTELS, INCORPORATED; HANDLERY HOTEL HOLDING COMPANY, INCORPORATED, and HANDLERY HOLDING COMPANY, INCORPORATED,** is dismissed with prejudice from Plaintiffs' Complaint, Case Number 00cv0337 W (RBB). Additionally, Plaintiffs' Complaint is dismissed in its entirety with prejudice.

The Magistrate Judge shall retain jurisdiction over all disputes between the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement

**IT IS SO ORDERED.**

Dated: 7/12/00

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT COURT JUDGE

4

Case Number 00cv0337 W (RBB)